IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATTWOOD MICHAEL PALLASH,<br>    Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br>et al,<br>    Defendants. | C.A. No. 1:17-cv-289 |

## **MEMORANDUM ORDER**

  This prisoner civil rights action was received by the Clerk of Court on October 30, 2017, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, issued on February 14, 2018 recommended that the instant action be dismissed due to Plaintiffs' failure to prosecute. Service was made on Plaintiff by mail at 1290 Nursery Road, Lake City, PA 16423, the last address of record. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

  AND NOW, this 29th Day of March, 2018;

  IT IS HEREBY ORDERED that the instant action is dismissed due to Plaintiffs'

failure to prosecute. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued February 14, 2018, is adopted as the opinion of the court.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____